**Electronically Filed
Supreme Court
SCPW-19-0000088
08-MAR-2019
01:48 PM**

SCPW-19-0000088

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CLARE E. CONNORS, ATTORNEY GENERAL OF THE STATE OF HAWAI'I,

Petitioner,

vs.

KEITH M. KANESHIRO, PROSECUTING ATTORNEY

OF THE CITY AND COUNTY OF HONOLULU,

Respondent.

_____

ORIGINAL PROCEEDING

<u>ORDER</u>

(By: Recktenwald, C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Kawamura, in place of Nakayama, J., recused)

Upon consideration of the March 7, 2019 filing by Petitioner Clare E. Connors, the subsequent March 7, 2019 filing by Respondent Keith M. Kaneshiro, and the record in this matter,

IT IS HEREBY ORDERED that the petition is dismissed, without prejudice.

DATED: Honolulu, Hawai'i, March 8, 2019.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Shirley M. Kawamura

